**SO. CAL. EQUAL ACCESS GROUP**
Jason Yoon (SBN 306137)
Jason J. Kim (SBN 190246)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
COLUMBUS GRIGSBY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS GRIGSBY,<br><br>  Plaintiff,<br><br>  vs.<br><br>VALLEY'S UNION, INC. D/B/A SHELL; and DOES 1 through 10,<br><br>  Defendants. | **Case No.: 2:19-cv-09947-RGK (SKx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that COLUMBUS GRIGSBY ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

 (1)  *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

  (i)  A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment. Accordingly, this matter may be dismissed without an Order of the
3  Court.

5  DATED: March 9, 2020                SO. CAL. EQUAL ACCESS GROUP

                By:   */s/   Jason J. Kim*
                     Jason J. Kim, Esq.
                     Attorneys for Plaintiff